

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-18-00108-CR

_____

MICHAEL BRANDON GARRETT, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 188th District Court
Gregg County, Texas
Trial Court No. 46938-A

Before Morriss, C.J., Burgess and Stevens, JJ.

ORDER

Appellant Michael Brandon Garrett was convicted of family violence assault and, after a sentence enhancement, was sentenced to twelve years' incarceration. Garrett has appealed from that conviction and the resulting sentence. On November 26, 2018, Garrett's court-appointed appellate counsel, Jason Cassel, filed an *Anders*[1] brief, and on December 20, 2018, Garrett filed a pro se motion for access to the appellate record for purposes of preparing a response to his counsel's *Anders* brief. Under *Kelly v. State*,[2] we are required to enter an order specifying the procedure to be followed to ensure Garrett's access to the record.

To ensure that Garrett receives a complete copy of the appellate record in a timely manner, we hereby order our clerk's office to provide a complete paper copy of the appellate record to Garrett care of the Bradshaw Unit in Henderson, Texas. Allowing ten days for that record to be delivered to Garrett and giving Garrett thirty days to prepare his pro se response, we hereby set February 11, 2019, as the deadline for Garrett to file his pro se response to his counsel's *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

DATE:    January 3, 2019

---

[1]*See Anders v. California*, 386 U.S. 738 (1967).

[2]*Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014).